J. W. PETERSON, *Plaintiff in Error,* v: OSCAR. DANIELS COMPANY, A CORPORATION, *Defendant in Error.*

Decision Filed January 19, 1922.

A Writ of Error to the Circuit Court for Hillsborough County; F. M. Robles, Judge.

*Gibson & Riherd,* for Plaintiff in Error;

*Knight, Thompson & Turner,* for Defendant in Error.

PER CURIAM.—In an action for personal injuries, judg-ment was rendered for the defendant on a demurrer to the declaration and plaintiff took writ of error. The declaration is needlessly prolix, but as the allegations do not by repugnance destroy each other, and as the declara-tion does not wholly fail to state a cause of action, the demurrer should have been overruled. See Catts v. Hen-derson, 81 Fla. 138, 87 South. Rep. 313; Florida. East

Coast Ry. Co. v. City of Miami, Fla. 80 Fla. 329, 86 South. Rep. 308. Admiralty is not involved. 254 U. S. 242.

Reversed.

All concur.